In the Matter of the Transfer Tax upon the Estate of LAURA S. ROCKEFELLER, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; JOHN D. ROCKEFELLER et al., as Executors, Respondents.

*Matter of Rockefeller*, 177 App. Div. 786, affirmed.

(Argued February 25, 1918; decided March 12, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 28, 1917, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon

the estate of Laura S. Rockefeller, deceased. By her will decedent gave all of her residuary estate to her executors and directed them to distribute so much thereof as in their discretion seemed wise to certain named charitable corporations and the balance to such charitable corporations as such executors might select. The comptroller contended: *First*. That the order below erroneously exempted from taxation transfers to the Rockefeller Foundation and the Bureau of Social Hygiene, whereas the proofs show that these corporations are entitled to a limited exemption only, if any exemption at all. *Second*. That transfers to two missionary corporations were erroneously exempted from taxation although those corporations did not present the proofs before the appraiser which entitled them to such exemption under the statute. *Third*. That said order erroneously exempted from taxation the sum of $48,000 which was still in the hands of the trustees under the will of the deceased and had never been transferred to any corporation. *Fourth*. That said order erroneously exempted from taxation accumulations of a trust fund held by said trustees for some months prior to any designation by them to exempt or other purposes. *Fifth*. That evidence offered before the surrogate upon questions duly raised by the notice of appeal was improperly excluded or disregarded.

*Schuyler C. Carlton, Alexander Otis* and *Lafayette B. Gleason* for appellant.

*George Welwood Murray* and *William R. Conklin* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.